

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 5:21-CR-36 |
| | ) |
| v. | ) 18 U.S.C. § 1623(a) |
| | ) Perjury |
| TOMMIE LANARDO HOLLOWAY, | ) |
| a/k/a "Kane" | ) FILED UNDER SEAL |
| | ) |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
*Perjury*
18 U.S.C. § 1623(a)

On or about March 3, 2021, in Bibb County, within the Middle District of Georgia, the defendant,

**TOMMIE LANARDO HOLLOWAY,**
**a/k/a "Kane,"**

while under oath as a witness in a hearing before the United States Magistrate Court of the Middle District of Georgia entitled *United States v. Prentice Bond, Case No. 5:21-cr-009*, knowingly did make a false material declaration, that is to say:

1. At the time and place aforesaid, the Court was engaged in a detention hearing of the aforementioned case. It was material to the said hearing that the Court ascertain if PRENTICE BOND, the defendant of the detention hearing, had any firearms in his home and possessed firearms in furtherance of a drug trafficking crime.

2. At the time and place alleged, **TOMMIE LANARDO HOLLOWAY**, while under oath before the United States Magistrate Court, did knowingly make the following

statement in response to questions posed by the Defense Counsel ("DC") of PRENTICE BOND with respect to the aforesaid material matter as follows:

| | |
|---|---|
| DC: | I know you might not know the exact date, but, like, a month of some sort? Was it October? |
| **HOLLOWAY:** | Yeah, it was October. |
| DC: | Okay. All right. And did you bring any guns into Mr. Bond's residence? |
| **HOLLOWAY:** | Yes. |
| DC: | All right. What guns did you bring into his residence? |
| **HOLLOWAY:** | My, um, I want to say that was my Glock. |
| DC: | Okay. |
| **HOLLOWAY:** | And my—my mini-Draco. |
| DC: | I'm sorry, you said "Draco"? |
| **HOLLOWAY:** | Yeah, my mini-Draco. |
| DC: | A Glock and a Draco, okay. |
| **HOLLOWAY:** | And—the other two? They was small caliber guns. |

...

| | |
|---|---|
| DC: | Okay. All right. So, what was the reason you brought these guns over to Mr. Bond's house? |
| **HOLLOWAY:** | He was—like I said, they were getting ready to go out of town, and they were going to be gone maybe—probably about a—maybe a week or so. |
| DC: | Okay. |
| **HOLLOWAY:** | And, like I said, I've been shot before during a home invasion. |
| DC: | Okay. |

| | |
|---|---|
| **HOLLOWAY:** | I didn't want to---I always been cautious about that ever since. |
| DC: | Do you're saying that you brought them because you were going to be staying there? |
| **HOLLOWAY:** | Yes, yes, I was going to be there for---for a couple of days. |

3. The aforesaid testimony of **TOMMIE LANARDO HOLLOWAY**, as he then and there well knew and believed, was false in that **TOMMIE LANARDO HOLLOWAY** knew that that the four firearms that were seized from PRENTICE BOND's residence on October 8, 2020, belonged and were possessed by PRENTICE BOND.

All in violation of Title 18, United States Code, Section 1623(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

_____
Marcela C. Mateo
Assistant United States Attorney
Special Assistant for Middle District of Georgia
Acting Under the Authority Conferred by 28 U.S.C. § 515

_____
Noah J. Abrams
Assistant United States Attorney
Special Assistant for Middle District of Georgia
Acting Under the Authority Conferred by 28 U.S.C. § 515

3

Filed in open court this  9  day of June 2021.

_____
Deputy Clerk