IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-36 (MTT) |
| | ) |
| TOMMIE LANARDO HOLLOWAY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 21. Defendant was indicted on June 9, 2021 and had his arraignment in this Court on June 30, 2021. Docs. 1; 9. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term due to the government's scheduling conflict with a previously scheduled trial in the Southern District of Georgia as well as to allow additional time for defense counsel to review discovery and confer with the defendant. Doc. 21 at 1-2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 21) is **GRANTED**. The case is continued from the August term until the Court's trial term presently scheduled for **September 13, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT